# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMNI BRIDGEWAY LIMITED,<br><br>   *Plaintiff*,<br><br> v.<br><br>MINISTRY OF INFRASTRUCTURE<br>AND ENERGY OF THE REPUBLIC<br>OF ALBANIA, *et al.*,<br><br>   *Defendants*. | Civil Action No. 23-1938 (LLA) |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 14, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment, ECF No. 13, is **GRANTED**; it is further

**ORDERED** that Plaintiff's Petition to Confirm the Arbitration Award, ECF No. 1, is **GRANTED**; and it is further

**ORDERED** that judgment is entered in Plaintiff's favor in the amount of $12,966,545.85.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

 **SO ORDERED.**

                _____
                LOREN L. ALIKHAN
                United States District Judge

Date: February 14, 2025