# EXHIBIT B



April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434142041

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.KODRA | **Delivery Location:** | BULEVARDI GJERGJ FISHTA |
| **Service type:** | FedEx International Economy | | NR. 6 |
| **Special Handling:** | Deliver Weekday | | TIRANE, 1000 |
| | | **Delivery date:** | Apr 25, 2025 14:52 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 880434142041 | **Ship Date:** | Apr 15, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
MINISTRY OF INFRASTRUCTURE ENERG, C/O MINISTER FOR
EUROPE   FOREIGN
BULEVARDI GJERGJ FISHTA
NR. 6
TIRANE, AL, 1000

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

**Reference**                    1763



Thank you for choosing FedEx



April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434220782

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.OF EUROPE | **Delivery Location:** | BULEVARDI GJERGJ FISHTA |
| **Service type:** | FedEx International Economy | | NR. 6 |
| **Special Handling:** | Deliver Weekday | | TIRANE, 1000 |
| | | **Delivery date:** | Apr 28, 2025 12:22 |

---

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| **Tracking number:** | 880434220782 | **Ship Date:** | Apr 15, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
NATIONAL AGENCY OF NATURAL RES., C/O MINISTER FOR EUROPE
FOREIGN
BULEVARDI GJERGJ FISHTA
NR. 6
TIRANE, AL, 1000

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

**Reference**     1763



Thank you for choosing FedEx



April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434312824

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.KODRA | **Delivery Location:** | RR. ABDI TOPTANI |
| **Service type:** | FedEx International Economy | | NR. 1 |
| **Special Handling:** | Deliver Weekday | | TIRANE, 1001 |
| | | **Delivery date:** | Apr 25, 2025 14:52 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 880434312824 | **Ship Date:** | Apr 15, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
MINISTRY OF INFRASTRUCTURE   ENERG,
RR. ABDI TOPTANI
NR. 1
TIRANE, AL, 1001

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

**Reference**              1763



Thank you for choosing FedEx



April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434376950

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | N.AGENSY OF NATURAL | **Delivery Location:** | BULEVARDI BAJRAM CURRI |
| **Service type:** | FedEx International Economy | | BLLOKU VASIL SHANTO |
| **Special Handling:** | Deliver Weekday | | TIRANE, |
| | | **Delivery date:** | Apr 25, 2025 15:01 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 880434376950 | **Ship Date:** | Apr 15, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
NATIONAL AGENCY OF NATURAL RES.,
BULEVARDI BAJRAM CURRI
BLLOKU VASIL SHANTO
TIRANE, AL,

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

**Reference** 1763



Thank you for choosing FedEx



April 30, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434446836

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | E.XOXA | **Delivery Location:** | RRUGA FIER-PATOS KM. 7, PATOS |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | FIER, |
| | | **Delivery date:** | Apr 30, 2025 09:30 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 880434446836 | **Ship Date:** | Apr 15, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

Recipient:
ALBPETROL SH.A,
RRUGA FIER-PATOS KM. 7, PATOS
FIER, AL,

Shipper:
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

Reference            1763

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature

images may take up to 5 days after delivery date. Please try later, or contact Customer Service at

1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx