# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OMNI BRIDGEWAY LIMITED,
as assignee for GBC Oil Company Ltd.,

         Petitioner,

   v.

THE MINISTRY OF INFRASTRUCTURE
AND ENERGY OF THE REPUBLIC
OF ALBANIA; THE NATIONAL
AGENCY OF NATURAL RESOURCES
OF THE REPUBLIC OF ALBANIA;
and ALBPETROL SH.A.,

         Respondents.

No. 1:23-cv-01938-LLA

## <u>DECLARATION OF SERVICE</u>

LOIS S. AHN declares as follows pursuant to 28 U.S.C. § 1746:

1. I represent petitioner Omni Bridgeway Limited, in its capacity as appointed agent and investment manager for Omni Bridgeway (Fund 2) Pty. Ltd. and Omni Bridgeway (Fund 3) Pty. Ltd., as assignee for GBC Oil Company Ltd., in this proceeding.

2. On February 28, 2025, I caused two copies of a Hague Convention service request form for each of the three respondents (in Albanian and English), attaching this Court's Memorandum Opinion and Order (Dkts. 14, 15) and the docket entry for the Clerk's Judgment dated February 14, 2025, to be served by FedEx on Albania's Hague Convention Central Authority at the following address:

> Ministry of Justice
> Department of Foreign Jurisdictional Relations
> Bulevardi Zogu I
> Tiranë
> Albania

True and correct copies of the service request forms, without attachments, are attached as **Exhibit A**.

3.     FedEx reported that the package was delivered successfully on Tuesday, March 4, 2025.  A true and correct copy of the FedEx delivery receipt, signed by the recipient, is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 11, 2025.
Washington, D.C.

_____
Lois S. Ahn

2

# Exhibit A

# KËRKESË
# PËR DORËZIMIN JASHTË SHTETIT
# TË DOKUMENTEVE GJYQËSORE APO
# JASHTËGJYQËSORE
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Konventa për dërgimin jashtë shtetit të dokumenteve gjyqësore dhe jashtëgjyqësore
në çështjet civile ose tregtare, nënshkruar në Hagë, më 15 nëntor 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identiteti dhe adresa e aplikantit**<br>Identité et adresse du requérant | **Adresa e autoritetit pranues**<br>Adresse de l'autorité destinataire |
|---|---|
| Robert K. Kry, avokat për Omni Bridgeway Limited, i caktuar për GBC Oil Company Ltd., Në përputhje me Rregulloren Federale të Procedurës Civile 4(c)(2) MoloLamken LLP<br>600 New Hampshire Avenue, NW, Suite 500<br>Uashington, DC 20037 | Ministria e Drejtësisë<br>Departamenti për Marrëdhënie me Juridiksion të Huaj<br>Bulevardi Zogu I<br>Tiranë<br>Shqipëri |

Aplikanti i poshtëshënuar ka nderin të paraqesë - në dy kopje - dokumentet e renditura më poshtë dhe, në përputhje me nenin 5 të Konventës së sipërpërmendur, kërkon dorëzimin e shpejtë të një kopje të saj tek adresuesi, dmth:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identiteti dhe adresa)**
(identité et adresse)

Agjencia Kombëtare e Burimeve Natyrore të Republikës së Shqipërisë
Bulevardi "Bajram Curri"
Blloku "Vasil Shanto"
Tiranë
Shqipëri

| | | |
|---|---|---|
| ☒ | a) | **në përputhje me dispozitat e nënparagrafit a) të paragrafit të parë të nenit 5 të Konventës\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **në përputhje me metodën e veçantë vijuese (nënparagrafi b) i paragrafit të parë të nenit 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :<br>———— |
| ☐ | c) | **me dorëzim te adresuesi, nëse ai e pranon vullnetarisht (paragrafi i dytë i nenit 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**Autoritetit i kërkohet të kthejë ose t'i ketë kthyer aplikantit një kopje të dokumenteve -dhe të anekseve\* - me certifikatën bashkëngjitur.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*Lista dokumenteve / Énumération des pièces*

- Urdhri për miratimin e Mocionit të Kërkuesit Omni Bridgeway për gjykim të paracaktuar dhe peticionin për të konfirmuar vendimin e arbitrazhit;
- Opinioni i Memorandumit që miraton kërkesën e kërkuesit Omni Bridgeway për një gjykim të paracaktuar dhe peticion për të konfirmuar vendimin e arbitrazhit;
- Vendimi i Nëpunësit në favor të kërkuesit Omni Bridgeway.

\* nëse është e përshtatshme / s'il y a lieu

| **Përpiluar në** / Fait à <u>Washington</u>, D.C., United States<br><br>**Të** / le ——— 2/28/2025 | **Nënshkrimi dhe/ose vula**<br>Signature et / ou cachet |
|---|---|

# CERTIFIKATA
## ATTESTATION

**Autoriteti i poshtëshënuar ka nderin të vërtetojë, në përputhje me nenin 6 të Konventës,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐  **1. që dokumenti është dërguar\***
que la demande a été exécutée\*

| | |
|---|---|
| **– (data)** / le (date): | ____ |
| **– në (vend, rrugë, numër):** à (localité, rue, numéro) : | ____ |

| | | |
|---|---|---|
| **– në një nga metodat e mëposhtme të autorizuara nga neni 5:** dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | a) | **në përputhje me dispozitat e nënparagrafit a) të paragrafit të parë të nenit 5 të Konventës\*** selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **në përputhje me metodën e mëposhtme të veçantë\*:** selon la forme particulière suivante\* : ____ |
| ☐ | c) | **me dorëzim te adresuesi, nëse ai e pranon vullnetarisht\*** par remise simple\* |

**Dokumentet e përmendura në kërkesë i janë dorëzuar:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identiteti dhe përshkrimi i personit:** Identité et qualité de la personne : | ____ |
| **Marrëdhënia me adresuesin (familje, biznes apo tjetër):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | ____ |

☐  **2. se dokumenti nuk i është dorëzuar, për shkak të fakteve të mëposhtme\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\* :

| |
|---|
| ____ |

☐  **Në përputhje me paragrafin e dytë të nenit 12 të Konventës, aplikantit i kërkohet të paguajë ose të rimbursojë shpenzimet e detajuara në deklaratën bashkëngjitur\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

**Anekse** / Annexes

| | |
|---|---|
| **Dokumentet e kthyera:** Pièces renvoyées : | ____ |
| **Në rastet e duhura, dokumentet që krijojnë shërbimin:** Le cas échéant, les documents justificatifs de l'exécution : \* nëse është e përshtatshme / s'il y a lieu | ____ |

| | |
|---|---|
| **Përpiluar në** / Fait à _____, **Të** / le ____ | **Nënshkrimi dhe/ose vula** Signature et / ou cachet |

Byroja e Përhershme Shtator 2011

# PARALAJMËRIM
## AVERTISSEMENT

**Identiteti dhe adresa e marrësit**
Identité et adresse du destinataire
Agjencia Kombëtare e Burimeve Natyrore të Republikës së Shqipërisë
Bulevardi "Bajram Curri"
Blloku "Vasil Shanto"
Tiranë
Shqipëri

### E RËNDËSISHME

DOKUMENTI I BASHKUAR ËSHTË I NATYRËS JURIDIKE DHE MUND TË PREKË TË DREJTAT DHE DETYRIMET TUAJA. 'PERMBLEDHJA E DOKUMENTIT QË DO TË DORËZOHET' DO T'JU JAPË DISA INFORMACIONE PËR NATYRËN DHE QËLLIMIN E TIJ. MEGJITHATË, DUHET TA LEXONI VETË DOKUMENTIN ME KUJDES. MUND TË JETË E NEVOJSHME TË KËRKONI KËSHILLË JURIDIKE.

NËSE BURIMET TUAJA FINANCIARE JANË TË MJAFTUESHME DUHET KËRKONI INFORMACION MBI MUNDËSINË E MARRJES SË NDIHMËS OSE KËSHILLËS JURIDIKE NË VENDIN KU JETONI OSE NË VENDIN KU DOKUMENTI ËSHTË LËSHUAR.

KËRKESAT PËR DISPOZICIONIN E NDIHMËS OSE KËSHILLËS JURIDIKE NË VENDIN KU ËSHTË LËSHUAR DOKUMENTI MUND TË DREJTOHEN NË:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**Rekomandohet që termat standarde në njoftim të shkruhen në anglisht dhe frëngjisht dhe, sipas rastit, edhe në gjuhën zyrtare, ose në një nga gjuhët zyrtare të shtetit në të cilin dokumenti ka origjinën. Boshllëqet mund të plotësohen ose në gjuhën e shtetit ku do të dërgohet dokumenti, ose në anglisht ose frëngjisht.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# PËRMBLEDHJE E DOKUMENTIT QË DUHET DORËZUAR
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Konventa për dërgimin jashtë shtetit të dokumenteve gjyqësore dhe jashtëgjyqësore në çështjet civile ose tregtare, nënshkruar në Hagë, më 15 nëntor 1965 (neni 5, paragrafi i katërt).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4)*.

| | |
|---|---|
| **Emri dhe adresa e autoritetit kërkues:**<br>Nom et adresse de l'autorité requérante : | Robert K. Kry, avokat për Omni Bridgeway Limited, i ngarkuar për GBC Oil Company Ltd., në përputhje me Rregullën Federale të Procedurës Civile 4(c)(2)<br>MoloLamken LLP<br>600 New Hampshire Avenue, NW, Suite 500<br>Uashington, DC 20037 |
| **Të dhënat e palëve\*:**<br>Identité des parties\* : | **Kërkuesi:**<br>Omni Bridgeway Limited, i caktuar për GBC Oil Company Ltd.<br>**Të paditur:**<br>Ministria e Infrastrukturës dhe Energjisë e Republikës së Shqipërisë Agjencia Kombëtare e Burimeve Natyrore e Republikës së Shqipërisë Albpetrol SH.A. |

\* Nëse është e përshtatshme, identiteti dhe adresa e personit të interesuar në paraqitjen e dokumentit
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **DOKUMENT GJYQËSOR\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Natyra dhe qëllimi i dokumentit:**<br>Nature et objet de l'acte : | Të njoftojëtë paditurit për dhënien e vendimit të gjykatës në mungesë në favor të kërkuesit Omni Bridgeway dhe kundër të paditurve, duke miratuar peticionin e Omni Bridgeway për të konfirmuar një vendim arbitrazhi të huaj kundër të paditurve. |
| **Natyra dhe qëllimi i procedurës dhe, kur është e përshtatshme, shuma në mosmarrëveshje:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Një procedurë e zbatimit të arbitrazhit sipas Kapitullit 2 të Aktit Federal të Arbitrazhit, 9 USC §§ 201 *e në vazhdim.*, dhe Konventa për Njohjen dhe Zbatimin i vendimeve të arbitrazhit të huaj, 21 U.S.T. 2517. Gjykata shqiptoi vendimin në favor të kërkuesit Omni Bridgeway në shumën 12,966,545.85 dollarë. Kjo shumë përfshin 12,577,852.10 dollarë në dëmshpërblim kundër MIE dhe AKBN, bashkërisht dhe veçmas, dhe |
| **Data dhe vendi i paraqitjes\*\*:**<br>Date et lieu de la comparution\*\* : | 388,693.75 dollarë kosto kundrejt MIE, AKBN dhe Albpetrol, bashkërisht dhe veçmas.<br><br>Gjykata e Qarkut e Shteteve të Bashkuara për Distriktin e Kolumbisë<br>333 Constitution Avenue, N.W, Uashington, DC 20001, Shtetet e Bashkuara |
| **Gjykata e cila ka dhënë aktgjykimin\*\*:**<br>Juridiction qui a rendu la décision\*\* : | P/Z |
| **Data e aktgjykimit\*\*:**<br>Date de la décision\*\* : | P/Z |
| **Afatet kohore të përcaktuara në dokument\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | P/Z |

\*\* nëse është e përshtatshme / s'il y a lieu

☐ **DOKUMENT JASHTËGJYQËSOR\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Natyra dhe qëllimi i dokumentit:**<br>Nature et objet de l'acte : | ___ |
| **Afatet kohore të përcaktuara në dokument\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ___ |

\*\* nëse është e përshtatshme / s'il y a lieu



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**1. Request for Service Form (AKBN)**" is, to the best of my knowledge and belief, a true and accurate translation from English into Albanian.

_____
Jacqueline Yorke

Sworn to before me this
February 27, 2025

_____
Signature, Notary Public

> **WENDY POON**
> Notary Public - State of New York
> No. 01PO0000184
> Qualified in Queens County
> My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant<br>Robert K. Kry, Attorney for Omni Bridgeway Limited, assignee for GBC Oil Company Ltd., pursuant to Federal Rule of Civil Procedure 4(c)(2)<br>MoloLamken LLP<br>600 New Hampshire Avenue, N.W., Suite 500<br>Washington, D.C. 20037 | **Address of receiving authority**<br>Adresse de l'autorité destinataire<br>Ministry of Justice<br>Department of Foreign Jurisdictional Relations<br>Bulevardi Zogu I<br>Tiranë<br>Albania |
|---|---|

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)**<br>(identité et adresse)<br>The National Agency of Natural Resources of the Republic of Albania<br>Bulevardi "Bajram Curri"<br>Blloku "Vasil Shanto"<br>Tiranë<br>Albania |
|---|

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :<br>———— |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents* / Énumération des pièces

- Order granting Petitioner Omni Bridgeway's Motion for Default Judgment and Petition to Confirm the Arbitration Award;
- Memorandum Opinion granting Petitioner Omni Bridgeway's Motion for Default Judgment and Petition to Confirm the Arbitration Award;
- Clerk's Judgment in favor of Petitioner Omni Bridgeway.

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Washington, D.C., United States<br><br>**The** / le ——  2/28/2025 | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — **the (date)** / le (date): | _____ |
|---|---|
| — **at (place, street, number):** <br> à (localité, rue, numéro) : | _____ |

| — **in one of the following methods authorised by Article 5:** <br> dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method\*:** <br> selon la forme particulière suivante\* : <br><br> _____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily\*** <br> par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** <br> Identité et qualité de la personne : | _____ |
|---|---|
| **Relationship to the addressee (family, business or other):** <br> Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| _____ |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes* / Annexes

| **Documents returned:** <br> Pièces renvoyées : | _____ |
|---|---|
| **In appropriate cases, documents establishing the service:** <br> Le cas échéant, les documents justificatifs de l'exécution : | _____ |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à _____, <br><br> **The** / le _____ | **Signature and/or stamp** <br> Signature et / ou cachet |
|---|---|

Permanent Bureau September 2011

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
The National Agency of Natural Resources of the Republic of Albania
Bulevardi "Bajram Curri"
Blloku "Vasil Shanto"
Tiranë
Albania

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
*(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Robert K. Kry, Attorney for Omni Bridgeway Limited, assignee for GBC Oil Company Ltd., pursuant to Federal Rule of Civil Procedure 4(c)(2)<br>MoloLamken LLP<br>600 New Hampshire Avenue, N.W., Suite 500<br>Washington, D.C. 20037 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | **Petitioner:**<br>Omni Bridgeway Limited, assignee for GBC Oil Company Ltd.<br>**Respondents:**<br>The Ministry of Infrastructure and Energy of the Republic of Albania<br>The National Agency of Natural Resources of the Republic of Albania<br>Albpetrol SH.A. |

\* If appropriate, identity and address of the person interested in the transmission of the document
  S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

---

☒  **JUDICIAL DOCUMENT\*\***
    ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To notify the respondents of the Court's grant of default judgment in favor of Petitioner Omni Bridgeway and against the respondents, granting Omni Bridgeway's petition to confirm a foreign arbitration award against the respondents. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | An arbitral enforcement proceeding under Chapter 2 of the Federal Arbitration Act, 9 U.S.C. §§ 201 *et seq.*, and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 21 U.S.T. 2517. The court entered judgment in favor of Petitioner Omni Bridgeway in the amount of $12,966,545.85. That amount includes $12,577,852.10 in damages against the MIE and AKBN, jointly and severally, and |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | $388,693.75 in costs against the MIE, AKBN, and Albpetrol, jointly and severally.<br><br>United States District Court for the District of Columbia<br>333 Constitution Avenue, N.W. Washington, D.C. 20001, United States |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

---

☐  **EXTRAJUDICIAL DOCUMENT\*\***
    ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | ____ |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ____ |

\*\* if appropriate / s'il y a lieu

# KËRKESË
# PËR DORËZIMIN JASHTË SHTETIT
# TË DOKUMENTEVE GJYQËSORE APO
# JASHTËGJYQËSORE
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Konventa për dërgimin jashtë shtetit të dokumenteve gjyqësore dhe jashtëgjyqësore
në çështjet civile ose tregtare, nënshkruar në Hagë, më 15 nëntor 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identiteti dhe adresa e aplikantit**<br>Identité et adresse du requérant<br>Robert K. Kry, avokat për Omni Bridgeway Limited, i caktuar për GBC Oil Company Ltd., Në përputhje me Rregulloren Federale të Procedurës Civile 4(c)(2) MoloLamken LLP<br>600 New Hampshire Avenue, NW, Suite 500<br>Uashington, DC 20037 | **Adresa e autoritetit pranues**<br>Adresse de l'autorité destinataire<br>Ministria e Drejtësisë<br>Departamenti për Marrëdhënie me Juridiksion të Huaj<br>Bulevardi Zogu I<br>Tiranë<br>Shqipëri |
|---|---|

Aplikanti i poshtëshënuar ka nderin të paraqesë - në dy kopje - dokumentet e renditura më poshtë dhe, në përputhje me nenin 5 të Konventës së sipërpërmendur, kërkon dorëzimin e shpejtë të një kopje të saj tek adresuesi, dmth:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identiteti dhe adresa)**<br>(identité et adresse)<br>Albpetrol SH.A.<br>Rruga Fier-Patos Km. 7, Patos<br>Fier<br>Shqipëri |
|---|

| ☒ | a) | **në përputhje me dispozitat e nënparagrafit a) të paragrafit të parë të nenit 5 të Konventës\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
|---|---|---|
| ☐ | b) | **në përputhje me metodën e veçantë vijuese (nënparagrafi b) i paragrafit të parë të nenit 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :<br>_____ |
| ☐ | c) | **me dorëzim te adresuesi, nëse ai e pranon vullnetarisht (paragrafi i dytë i nenit 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**Autoritetit i kërkohet të kthejë ose t'i ketë kthyer aplikantit një kopje të dokumenteve -dhe të anekseve\* - me certifikatën bashkëngjitur.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* -avec l'attestation ci-jointe.

*Lista dokumenteve / Énumération des pièces*

- Urdhri për miratimin e Mocionit të Kërkuesit Omni Bridgeway për gjykim të paracaktuar dhe peticionin për të konfirmuar vendimin e arbitrazhit;
- Opinioni i Memorandumit që miraton kërkesën e kërkuesit Omni Bridgeway për një gjykim të paracaktuar dhe peticion për të konfirmuar vendimin e arbitrazhit;
- Vendimi i Nëpunësit në favor të kërkuesit Omni Bridgeway.

\* if appropriate / s'il y a lieu

| **Përpiluar në** / Fait à <u>Washington</u>, D.C., United States<br><br>**Të** / le _____  2/28/2025 | **Nënshkrimi dhe/ose vula**<br>Signature et / ou cachet |
|---|---|

# CERTIFIKATA
## ATTESTATION

Autoriteti i poshtëshënuar ka nderin të vërtetojë, në përputhje me nenin 6 të Konventës,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. që dokumenti është dorëzuar\***
    que la demande a été exécutée*

| | |
|---|---|
| **(data)** / le (date): | |
| **në (vend, rrugë, numër):**<br>à (localité, rue, numéro) : | |

| **në një nga metodat e mëposhtme të autorizuara nga neni 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | **në përputhje me dispozitat e nënparagrafit** a) **të paragrafit të parë të nenit 5 të Konventës\***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **në përputhje me metodën e mëposhtme të veçantë\*:**<br>selon la forme particulière suivante* : |
| ☐ | c) | **me dorëzim te adresuesi, nëse ai e pranon vullnetarisht\***<br>par remise simple* |

**Dokumentet e përmendura në kërkesë i janë dorëzuar:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identiteti dhe përshkrimi i personit:**<br>Identité et qualité de la personne : | |
| **Marrëdhënia me adresuesin (familje, biznes apo tjetër):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. se dokumenti nuk i është dorëzuar, për shkak të fakteve të mëposhtme\*:**
    que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐ **Në përputhje me paragrafin e dytë të nenit 12 të Konventës, aplikantit i kërkohet të paguajë ose të rimbursojë shpenzimet e detajuara në deklaratën bashkëngjitur\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Anekse** / Annexes*

| | |
|---|---|
| **Dokumentet e kthyera::**<br>Pièces renvoyées : | |
| **Në rastet e duhura, dokumentet që krijojnë shërbimin:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br>* nëse është e përshtatshme / s'il y a lieu | |

| | |
|---|---|
| **Përpiluar në** / Fait à _____,<br><br>**Të** / le _____ | **Nënshkrimi dhe/ose vula**<br>Signature et / ou cachet |

Byroja e Përhershme Shtator 2011

# PARALAJMËRIM
## AVERTISSEMENT

**Identiteti dhe adresa e marrësit**
Identité et adresse du destinataire
Albpetrol SH.A.
Rruga Fier-Patos Km. 7, Patos
Fier
Shqipëri

## E RËNDËSISHME

DOKUMENTI I BASHKUAR ËSHTË I NATYRËS JURIDIKE DHE MUND TË PREKË TË DREJTAT DHE DETYRIMET TUAJA. 'PERMBLEDHJA E DOKUMENTIT QË DO TË DORËZOHET' DO T'JU JAPË DISA INFORMACIONE PËR NATYRËN DHE QËLLIMIN E TIJ. MEGJITHATË, DUHET TA LEXONI VETË DOKUMENTIN ME KUJDES. MUND TË JETË E NEVOJSHME TË KËRKONI KËSHILLË JURIDIKE.

NËSE BURIMET TUAJA FINANCIARE JANË TË MJAFTUESHME DUHET KËRKONI INFORMACION MBI MUNDËSINË E MARRJES SË NDIHMËS OSE KËSHILLËS JURIDIKE NË VENDIN KU JETONI OSE NË VENDIN KU DOKUMENTI ËSHTË LËSHUAR.

KËRKESAT PËR DISPOZICIONIN E NDIHMËS OSE KËSHILLËS JURIDIKE NË VENDIN KU ËSHTË LËSHUAR DOKUMENTI MUND TË DREJTOHEN NË:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :



**Rekomandohet që termat standarde në njoftim të shkruhen në anglisht dhe frëngjisht dhe, sipas rastit, edhe në gjuhën zyrtare, ose në një nga gjuhët zyrtare të shtetit në të cilin dokumenti ka origjinën. Boshllëqet mund të plotësohen ose në gjuhën e shtetit ku do të dërgohet dokumenti, ose në anglisht ose frëngjisht.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Byroja e Përhershme Shtator 2011

# PËRMBLEDHJE E DOKUMENTIT QË DUHET DORËZUAR
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Konventa për dërgimin jashtë shtetit të dokumenteve gjyqësore dhe jashtëgjyqësore në çështjet civile ose tregtare, nënshkruar në Hagë, më 15 nëntor 1965 (neni 5, paragrafi i katërt).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Emri dhe adresa e autoritetit kërkues:**<br>Nom et adresse de l'autorité requérante : | Robert K. Kry, avokat për Omni Bridgeway Limited, i ngarkuar për GBC Oil Company Ltd., në përputhje me Rregullën Federale të Procedurës Civile 4(c)(2)<br>MoloLamken LLP<br>600 New Hampshire Avenue, NW, Suite 500<br>Uashington, DC 20037 |
| **Të dhënat e palëve\*:**<br>Identité des parties\* : | Kërkuesi:<br>Omni Bridgeway Limited, i caktuar për GBC Oil Company Ltd.<br>Të paditur:<br>Ministria e Infrastrukturës dhe Energjisë e Republikës së Shqipërisë Agjencia Kombëtare e Burimeve Natyrore e Republikës së Shqipërisë Albpetrol SH.A. |

\* Nëse është e përshtatshme, identiteti dhe adresa e personit të interesuar në paraqitjen e dokumentit
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

---

☒ **DOKUMENT GJYQËSOR\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Natyra dhe qëllimi i dokumentit:**<br>Nature et objet de l'acte : | Të njoftojëtë paditurit për dhënien e vendimit të gjykatës në mungesë në favor të kërkuesit Omni Bridgeway dhe kundër të paditurve, duke miratuar peticionin e Omni Bridgeway për të konfirmuar një vendim arbitrazhi të huaj kundër të paditurve. |
| **Natyra dhe qëllimi i procedurës dhe, kur është e përshtatshme, shuma në mosmarrëveshje:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Një procedurë e zbatimit të arbitrazhit sipas Kapitullit 2 të Aktit Federal të Arbitrazhit, 9 USC §§ 201 *e në vazhdim.*, dhe Konventa për Njohjen dhe Zbatimi i vendimeve të arbitrazhit të huaj. 21 U.S.T. 2517. Gjykata shqiptoi vendimin në favor të kërkuesit Omni Bridgeway në shumën 12.966,545.85 dollarë. Kjo shumë përfshin 12,577,852.10 dollarë në dëmshpërblim kundër MIE dhe AKBN, bashkërisht dhe veçmas, dhe |
| **Data dhe vendi i paraqitjes\*\*:**<br>Date et lieu de la comparution\*\* : | 388,693,75 dollarë kosto kundrejt MIE, AKBN dhe Albpetrol, bashkërisht dhe veçmas.<br><br>Gjykata e Qarkut e Shteteve të Bashkuara për Distriktin e Kolumbisë<br>333 Constitution Avenue, N.W, Uashington, DC 20001, Shtetet e Bashkuara |
| **Gjykata e cila ka dhënë aktgjykimin\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Data e aktgjykimit\*\*:**<br>Date de la décision\*\* : | N/A |
| **Afatet kohore të përcaktuara në dokument\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* nëse është e përshtatshme / s'il y a lieu

---

☐ **DOKUMENT JASHTËGJYQËSOR\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Natyra dhe qëllimi i dokumentit:**<br>Nature et objet de l'acte : | ___ |
| **Afatet kohore të përcaktuara në dokument\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ___ |

\*\* nëse është e përshtatshme / s'il y a lieu



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**2. Request for Service Form (Albpetrol)**" is, to the best of my knowledge and belief, a true and accurate translation from English into Albanian.

_Jacqueline Yorke_

Jacqueline Yorke

Sworn to before me this
February 27, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Robert K. Kry, Attorney for Omni Bridgeway Limited, assignee for GBC Oil Company Ltd., pursuant to Federal Rule of Civil Procedure 4(c)(2) MoloLamken LLP 600 New Hampshire Avenue, N.W., Suite 500 Washington, D.C. 20037 | Ministry of Justice Department of Foreign Jurisdictional Relations Bulevardi Zogu I Tiranë Albania |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)** |
|---|
| (identité et adresse) |
| Albpetrol Sh.A. Rruga Fier-Patos Km. 7, Patos Fier Albania |

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

***List of documents*** / *Énumération des pièces*

- Order granting Petitioner Omni Bridgeway's Motion for Default Judgment and Petition to Confirm the Arbitration Award;
- Memorandum Opinion granting Petitioner Omni Bridgeway's Motion for Default Judgment and Petition to Confirm the Arbitration Award;
- Clerk's Judgment in favor of Petitioner Omni Bridgeway.

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Washington, D.C., United States | **Signature and/or stamp** |
|---|---|
| **The** / le ___ 2/28/2025 | Signature et / ou cachet |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| — **the (date)** / le (date): | _____ |
|---|---|
| — **at (place, street, number):** à (localité, rue, numéro) : | _____ |

| — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ b) | **in accordance with the following particular method*:** selon la forme particulière suivante* : _____ |
| ☐ c) | **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | _____ |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

_____

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes** / Annexes*

| **Documents returned:** Pièces renvoyées : | _____ |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | _____ |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à _____, **The** / le _____ | **Signature and/or stamp** Signature et / ou cachet |
|---|---|

Permanent Bureau September 2011

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Albpetrol Sh.A.
Rruga Fier-Patos Km. 7, Patos
Fier
Albania

## IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | Robert K. Kry, Attorney for Omni Bridgeway Limited, assignee for GBC Oil Company Ltd., pursuant to Federal Rule of Civil Procedure 4(c)(2) <br> MoloLamken LLP <br> 600 New Hampshire Avenue, N.W., Suite 500 <br> Washington, D.C.  20037 |
| **Particulars of the parties\*:** <br> Identité des parties\* : | **Petitioner:** <br> Omni Bridgeway Limited, assignee for GBC Oil Company Ltd. <br> **Respondents:** <br> The Ministry of Infrastructure and Energy of the Republic of Albania <br> The National Agency of Natural Resources of the Republic of Albania <br> Albpetrol SH.A. |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

---

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | To notify the respondents of the Court's grant of default judgment in favor of Petitioner Omni Bridgeway and against the respondents, granting Omni Bridgeway's petition to confirm a foreign arbitration award against the respondents. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | An arbitral enforcement proceeding under Chapter 2 of the Federal Arbitration Act, 9 U.S.C. §§ 201 *et seq.*, and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 21 U.S.T. 2517.  The court entered judgment in favor of Petitioner Omni Bridgeway in the amount of $12,966,545.85.  That amount includes $12,577,852.10 in damages against the MIE and AKBN, jointly and severally, and |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | $388,693.75 in costs against the MIE, AKBN, and Albpetrol, jointly and severally. <br> United States District Court for the District of Columbia <br> 333 Constitution Avenue, N.W. Washington, D.C.  20001, United States |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

---

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | ——— |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | ——— |

\*\* if appropriate / s'il y a lieu

# KËRKESË
## PËR DORËZIMIN JASHTË SHTETIT
## TË DOKUMENTEVE GJYQËSORE APO
## JASHTËGJYQËSORE
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Konventa për dërgimin jashtë shtetit të dokumenteve gjyqësore dhe jashtëgjyqësore
në çështjet civile ose tregtare, nënshkruar në Hagë, më 15 nëntor 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identiteti dhe adresa e aplikantit**<br>Identité et adresse du requérant<br>Robert K. Kry, avokat për Omni Bridgeway Limited, i caktuar për GBC Oil Company Ltd., Në përputhje me Rregulloren Federale të Procedurës Civile 4(c)(2) MoloLamken LLP<br>600 New Hampshire Avenue, NW, Suite 500<br>Uashington, DC 20037 | **Adresa e autoritetit pranues**<br>Adresa e autoritetit të destinacionit<br><u>Ministria e Drejtësisë</u><br>Departamenti për Marrëdhënie me Juridiksion<br>të Huaj<br>Bulevardi Zogu I<br>Tiranë<br>Shqipëri |
|---|---|

Aplikanti i poshtëshënuar ka nderin të paraqesë - në dy kopje - dokumentet e renditura më poshtë dhe, në përputhje me nenin 5 të Konventës së sipërpërmendur, kërkon dorëzimin e shpejtë të një kopje të saj tek adresuesi, dmth:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identiteti dhe adresa)**<br>(identité et adresse)<br>Ministria e Infrastrukturës dhe Energjisë së Republikës së Shqipërisë<br>Rr. "Abdi Toptani," Nr. 1, 1001<br>Tiranë<br>Shqipëri |
|---|

| ☒ | a) | **në përputhje me dispozitat e nënparagrafit a) të paragrafit të parë të nenit 5 të Konventës***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|---|
| ☐ | b) | **në përputhje me metodën e veçantë vijuese (nënparagrafi b) i paragrafit të parë të nenit 5)***:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :<br>_____ |
| ☐ | c) | **me dorëzim te adresuesi, nëse ai e pranon vullnetarisht (paragrafi i dytë i nenit 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**Autoritetit i kërkohet të kthejë ose t'i ketë kthyer aplikantit një kopje të dokumenteve -dhe të anekseve* - me certifikatën bashkëngjitur.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* -avec l'attestation ci-jointe.

*Lista dokumenteve / Énumération des pièces*

- Urdhri për miratimin e Mocionit të Kërkuesit Omni Bridgeway për gjykim të paracaktuar dhe peticionin për të konfirmuar vendimin e arbitrazhit;
- Opinioni i Memorandumit që miraton kërkesën e kërkuesit Omni Bridgeway për një gjykim të paracaktuar dhe peticion për të konfirmuar vendimin e arbitrazhit;
- Vendimi i Nëpunësit në favor të kërkuesit Omni Bridgeway.

\* nëse është e përshtatshme / s'il y a lieu

| **Përpiluar në** / Fait à <u>Washington</u>, D.C., United States<br><br>**Të** / le _____  2/28/2025 | **Nënshkrimi dhe/ose vula**<br>Signature et / ou cachet |
|---|---|

# CERTIFIKATA
## ATTESTATION

Autoriteti I poshtëshënuar ka nderin të vërtetojë, në përputhje me nenin 6 të Konventës,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. që dokumenti është dorëzuar***
   que la demande a été exécutée*

| — **(data)** / le (date): | ____ |
|---|---|
| — **në (vend, rrugë, numër):**<br>à (localité, rue, numéro) : | ____ |

| — **në një nga metodat e mëposhtme të autorizuara nga neni 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | **në përputhje me dispozitat e nënparagrafit** *a)* **të paragrafit të parë të nenit 5 të Konventës***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **në përputhje me metodën e mëposhtme të veçantë*:**<br>selon la forme particulière suivante *:<br><br>____ |
| ☐ | c) | **me dorëzim te adresuesi, nëse ai e pranon vullnetarisht***<br>par remise simple * |

**Dokumentet e përmendura në kërkesë i janë dorëzuar:**
Les documents mentionnés dans la demande ont été remis à :

| **Identiteti dhe përshkrimi i personit:**<br>Identité et qualité de la personne : | ____ |
|---|---|
| **Marrëdhënia me adresuesin (familje, biznes apo tjetër):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | ____ |

☐ **2. se dokumenti nuk i është dorëzuar, për shkak të fakteve të mëposhtme*:**
   que la demande n'a pas été exécutée, en raison des faits suivants*:

| ____ |
|---|
| |

☐ **Në përputhje me paragrafin e dytë të nenit 12 të Konventës, aplikantit i kërkohet të paguajë ose të rimbursojë shpenzimet e detajuara në deklaratën bashkëngjitur*.**
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Anekse / Annexes*

| **Dokumentet e kthyera:**<br>Pièces renvoyées : | ____ |
|---|---|
| **Në rastet e duhura, dokumentet që krijojnë shërbimin:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br>* nëse është e përshtatshme / s'il y a lieu | ____ |

| **Përpiluar në** / Fait à ____,<br><br>**Të** / le ____ | **Nënshkrimi dhe/ose vula**<br>Signature et / ou cachet |
|---|---|

Byroja e Përhershme Shtator 2011

# PARALAJMËRIM
## AVERTISSEMENT

**Identiteti dhe adresa e marrësit**
Identité et adresse du destinataire
Ministria e Infrastrukturës dhe Energjisë së Republikës së Shqipërisë
Rr. "Abdi Toptani," Nr. 1, 1001
Tiranë
Shqipëri

### E RËNDËSISHME

DOKUMENTI I BASHKUAR ËSHTË I NATYRËS JURIDIKE DHE MUND TË PREKË TË DREJTAT DHE DETYRIMET TUAJA. 'PERMBLEDHJA E DOKUMENTIT QË DO TË DORËZOHET' DO T'JU JAPË DISA INFORMACIONE PËR NATYRËN DHE QËLLIMIN E TIJ. MEGJITHATË, DUHET TA LEXONI VETË DOKUMENTIN ME KUJDES. MUND TË JETË E NEVOJSHME TË KËRKONI KËSHILLË JURIDIKE.

NËSE BURIMET TUAJA FINANCIARE JANË TË MJAFTUESHME DUHET KËRKONI INFORMACION MBI MUNDËSINË E MARRJES SË NDIHMËS OSE KËSHILLËS JURIDIKE NË VENDIN KU JETONI OSE NË VENDIN KU DOKUMENTI ËSHTË LËSHUAR.

KËRKESAT PËR DISPOZICIONIN E NDIHMËS OSE KËSHILLËS JURIDIKE NË VENDIN KU ËSHTË LËSHUAR DOKUMENTI MUND TË DREJTOHEN NË:

### TRÈS IMPORTANT

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**Rekomandohet që termat standarde në njoftim të shkruhen në anglisht dhe frëngjisht dhe, sipas rastit, edhe në gjuhën zyrtare, ose në një nga gjuhët zyrtare të shtetit në të cilin dokumenti ka origjinën. Boshllëqet mund të plotësohen ose në gjuhën e shtetit ku do të dërgohet dokumenti, ose në anglisht ose frëngjisht.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# PËRMBLEDHJE E DOKUMENTIT QË DUHET DORËZUAR
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Konventa për dërgimin jashtë shtetit të dokumenteve gjyqësore dhe jashtëgjyqësore në çështjet civile ose tregtare, nënshkruar në Hagë, më 15 nëntor 1965 (neni 5, paragrafi i katërt).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Emri dhe adresa e autoritetit kërkues:**<br>Nom et adresse de l'autorité requérante : | <u>Robert K.</u> Kry, avokat për Omni Bridgeway Limited, i ngarkuar për GBC Oil Company Ltd., në përputhje me Rregullën Federale të Procedurës Civile 4(c)(2)<br>MoloLamken LLP<br>600 New Hampshire Avenue, NW, Suite 500<br>Uashington, DC 20037 |
| **Të dhënat e palëve\*:**<br>Identité des parties\* : | Kërkuesi:<br>Omni Bridgeway Limited, i caktuar për GBC Oil Company Ltd.<br>Të paditur:<br>Ministria e Infrastrukturës dhe Energjisë e Republikës së Shqipërisë Agjencia Kombëtare e Burimeve Natyrore e Republikës së Shqipërisë Albpetrol SH.A. |

\* Nëse është e përshtatshme, Identiteti dhe adresa e personit të interesuar në paraqitjen e dokumentit
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

---

☒ **DOKUMENT GJYQËSOR\*\***
 ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Natyra dhe qëllimi i dokumentit:**<br>Nature et objet de l'acte : | Të njoftojë të paditurit për dhënien e vendimit të gjykatës në mungesë në favor të kërkuesit Omni Bridgeway dhe kundër të paditurve, duke miratuar peticionin e Omni Bridgeway për të konfirmuar një vendim arbitrazhi të huaj kundër të paditurve. |
| **Natyra dhe qëllimi i procedurës dhe, kur është e përshtatshme, shuma në mosmarrëveshje:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Një procedurë e zbatimit të arbitrazhit sipas Kapitullit 2 të Aktit Federal të Arbitrazhit, 9 USC §§ 201 e *në vazhdim.*, dhe Konventa për Njohjen dhe Zbatimi i vendimeve të arbitrazhit të huaj, 21 U.S.T. 2517. Gjykata shqiptoi vendimin në favor të kërkuesit Omni Bridgeway në shumën 12,966,545.85 dollarë. Kjo shumë përfshin 12,577,852.10 dollarë në dëmshpërblim kundër MIE dhe AKBN, bashkërisht dhe veçmas, dhe |
| **Data dhe vendi i paraqitjes\*\*:**<br>Date et lieu de la comparution\*\* : | 388,693.75 dollarë kosto kundrejt MIE, AKBN dhe Albpetrol, bashkërisht dhe veçmas.<br>Gjykata e Qarkut e Shteteve të Bashkuara për Distriktin e Kolumbisë<br>333 Constitution Avenue, N.W, Uashington, DC 20001, Shtetet e Bashkuara |
| **Gjykata e cila ka dhënë aktgjykimin\*\*:**<br>Juridiction qui a rendu la décision\*\* : | P/Z |
| **Data e aktgjykimit\*\*:**<br>Date de la décision\*\* : | P/Z |
| **Afatet kohore të përcaktuara në dokument\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | P/Z |

\*\* nëse është e përshtatshme / s'il y a lieu

---

☐ **DOKUMENT JASHTËGJYQËSOR\*\***
 ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Natyra dhe qëllimi i dokumentit:**<br>Nature et objet de l'acte : | ____ |
| **Afatet kohore të përcaktuara në dokument\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ____ |

\*\* nëse është e përshtatshme / s'il y a lieu



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**3. Request for Service Form (MIE)**" is, to the best of my knowledge and belief, a true and accurate translation from English into Albanian.

_____
Jacqueline Yorke

Sworn to before me this
February 27, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO00000184
Qualified in Queens County
My Commission Expires February 02, 20_27_

_____
Stamp, Notary Public

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Robert K. Kry, Attorney for Omni Bridgeway Limited, assignee for GBC Oil Company Ltd., pursuant to Federal Rule of Civil Procedure 4(c)(2) MoloLamken LLP 600 New Hampshire Avenue, N.W., Suite 500 Washington, D.C. 20037 | Ministry of Justice Department of Foreign Jurisdictional Relations Bulevardi Zogu I Tiranë Albania |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)** |
|---|
| (identité et adresse) |
| The Ministry of Infrastructure and Energy of the Republic of Albania Rr. "Abdi Toptani," Nr. 1, 1001 Tiranë Albania |

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : <br> ———— |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** <br> le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* -
avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Order granting Petitioner Omni Bridgeway's Motion for Default Judgment and Petition to Confirm the Arbitration Award;
- Memorandum Opinion granting Petitioner Omni Bridgeway's Motion for Default Judgment and Petition to Confirm the Arbitration Award;
- Clerk's Judgment in favor of Petitioner Omni Bridgeway.

\* if appropriate / s'il y a lieu

| **Done at / Fait à** Washington, D.C., United States <br><br> **The / le** ____ 2/28/2025 | **Signature and/or stamp** <br> Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| **— the (date) / le (date):** | ___ |
| **— at (place, street, number):**<br>à (localité, rue, numéro) : | ___ |

| | | |
|---|---|---|
| **— in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* :<br><br>___ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | ___ |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | ___ |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
|---|
| ___ |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

***Annexes / Annexes***

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | ___ |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | ___ |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à ___,<br><br>**The** / le ___ | **Signature and/or stamp**<br>Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
The Ministry of Infrastructure and Energy of the Republic of Albania
Rr. "Abdi Toptani," Nr. 1, 1001
Tiranë
Albania

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
*(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Robert K. Kry, Attorney for Omni Bridgeway Limited, assignee for GBC Oil Company Ltd., pursuant to Federal Rule of Civil Procedure 4(c)(2)<br>MoloLamken LLP<br>600 New Hampshire Avenue, N.W., Suite 500<br>Washington, D.C. 20037 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | **Petitioner:**<br>Omni Bridgeway Limited, assignee for GBC Oil Company Ltd.<br>**Respondents:**<br>The Ministry of Infrastructure and Energy of the Republic of Albania<br>The National Agency of Natural Resources of the Republic of Albania<br>Albpetrol SH.A. |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
   ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To notify the respondents of the Court's grant of default judgment in favor of Petitioner Omni Bridgeway and against the respondents, granting Omni Bridgeway's petition to confirm a foreign arbitration award against the respondents. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | An arbitral enforcement proceeding under Chapter 2 of the Federal Arbitration Act, 9 U.S.C. §§ 201 *et seq.*, and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 21 U.S.T. 2517. The court entered judgment in favor of Petitioner Omni Bridgeway in the amount of $12,966,545.85. That amount includes $12,577,852.10 in damages against the MIE and AKBN, jointly and severally, and |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | $388,693.75 in costs against the MIE, AKBN, and Albpetrol, jointly and severally.<br><br>United States District Court for the District of Columbia<br>333 Constitution Avenue, N.W. Washington, D.C. 20001, United States |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
   ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | ____ |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ____ |

\*\* if appropriate / s'il y a lieu

# Exhibit B



March 10, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 772396882266

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.MUKULLARI | **Delivery Location:** | MARREDHENIE ME JURIDIKSION TE HU/ |
| **Service type:** | FedEx International Priority | | BULEVARDI ZOGU I |
| **Special Handling:** | Deliver Weekday | | TIRANE, |
| | | **Delivery date:** | Mar 4, 2025 14:22 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772396882266 | **Ship Date:** | Feb 28, 2025 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
MINISTRIA E DREJTESISE,
MARREDHENIE ME JURIDIKSION TE HUAJ
BULEVARDI ZOGU I
TIRANE, AL,

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

**Reference**          Omni



Thank you for choosing FedEx