**EXHIBIT 2**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OMNI BRIDGEWAY LIMITED,
as assignee for GBC Oil Company Ltd.,

                    Petitioner,

    v.

THE MINISTRY OF INFRASTRUCTURE
AND ENERGY OF THE REPUBLIC
OF ALBANIA; THE NATIONAL
AGENCY OF NATURAL RESOURCES
OF THE REPUBLIC OF ALBANIA;
and ALBPETROL SH.A.,

                    Respondents.

No. 1:23-cv-01938-LLA

## DECLARATION OF SERVICE

ROBERT K. KRY declares as follows pursuant to 28 U.S.C. § 1746:

1.     I represent petitioner Omni Bridgeway Limited ("Omni Bridgeway"), in its capacity as appointed agent and investment manager for Omni Bridgeway (Fund 2) Pty. Ltd. and Omni Bridgeway (Fund 3) Pty. Ltd., as assignee for GBC Oil Company Ltd., in this proceeding.

2.     As explained in the Declaration of Service of Lois S. Ahn previously filed on March 11, 2025 (Dkt. No. 16), on March 4, 2025, our firm served by FedEx on Albania's Ministry of Justice two copies per respondent of this Court's February 14, 2025 order granting Omni Bridgeway's motion for default judgment (Dkt. No. 15), the accompanying Memorandum Opinion (Dkt. No. 14), and the February 14, 2025 docket entry for the Clerk's Judgment, together with Hague Convention forms requesting service on each respondent.  Since that date, our firm has not received any certificate of service or other communication from Albania's Ministry of Justice.

3.      Accordingly, on April 9, 2025, I requested that this Court's Office of the Clerk serve by FedEx one copy per respondent of this Court's February 14, 2025 order granting Omni Bridgeway's motion for default judgment (Dkt. No. 15), the accompanying Memorandum Opinion (Dkt. No. 14), and the February 14, 2025 docket entry for the Clerk's Judgment, together with translations of each into respondents' official language, Albanian.  I requested that the Clerk's office serve respondents Ministry of Infrastructure and Energy and National Agency of Natural Resources by delivery to Albania's Minister for Europe and Foreign Affairs pursuant to 28 U.S.C. § 1608(a)(3), and I requested that the Clerk's office serve all three respondents by delivery to their respective street addresses pursuant to 28 U.S.C. § 1608(b)(3)(B).  A true and correct copy of our service request letter is attached as **Exhibit A**.

4.      FedEx reported that all five packages were delivered successfully between April 25 and April 30, 2025.  True and correct copies of the FedEx delivery receipts signed by the recipients (and in the case of the package sent to Albpetrol Sh.A., a delivery receipt stating that the recipient had signed for the package) are attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2025.
Washington, D.C.

_____
Robert K. Kry

2

# EXHIBIT A

 MOLOLAMKEN

Robert Kry
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, DC  20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

April 9, 2025

Ms. Angela D. Caesar
Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W., Room 1225
Washington, D.C.  20001

<u>BY HAND DELIVERY</u>

> **Re:**   ***Omni Bridgeway Ltd. v. The Ministry of Infrastructure and Energy of the Republic of Albania et al.*, No. 1:23-cv-1938-LLA**

Dear Ms. Caesar,

We represent petitioner Omni Bridgeway Limited ("Omni Bridgeway") in the above-captioned matter.  We write to request that you effect service on respondents by FedEx, pursuant to 28 U.S.C. §§ 1608(a)(3) and 1608(b)(3)(B), of this Court's February 14, 2025 order granting Omni Bridgeway's motion for default judgment (Dkt. No. 15), the accompanying Memorandum Opinion (Dkt. No. 14), and the February 14, 2025 docket entry for the Clerk's Judgment, together with a translation of each into respondents' official language, Albanian.

No special arrangement for service exists between Omni Bridgeway and respondents.  28 U.S.C. §§ 1608(a)(1), (b)(1).  Service was attempted pursuant to the Hague Service Convention but has been unsuccessful.  *Id.* §§ 1608(a)(2), (b)(2).  Specifically, we delivered the documents to Albania's designated Central Authority, its Ministry of Justice, by FedEx on March 4, 2025, more than 30 days ago.  Dkt. No. 16.  The Ministry of Justice has not returned a certificate of service or otherwise communicated with us about service of the documents.

On April 9, 2025, Omni Bridgeway filed affidavits requesting foreign mailing of the above-referenced documents on respondents the Ministry of Infrastructure and Energy of the Republic of Albania ("MIE"), the National Agency of Natural Resources of the Republic of Albania ("AKBN"), and Albpetrol Sh.A.  Dkt. Nos. 17, 18.  Because the Court's decision does not conclusively resolve whether the MIE and AKBN qualify as a foreign state or an agency or instrumentality of a foreign state for purposes of 28 U.S.C. § 1608, Omni Bridgeway requests that the Clerk serve the MIE and AKBN both by FedEx to Albania's Minister for Europe and Foreign Affairs pursuant to 28 U.S.C. § 1608(a)(3), and by FedEx to respondents' own street addresses pursuant to 28 U.S.C. § 1608(b)(3)(B).  Omni Bridgeway requests that the Clerk serve Albpetrol Sh.A solely at its own address by FedEx pursuant to 28 U.S.C. § 1608(b)(3)(B).

Consistent with the Court's Attorney Manual for Service of Process on a Foreign Defendant, please find enclosed the following materials:

(1)     One copy of the Affidavit Requesting Foreign Mailing under 28 U.S.C. § 1608(a)(3) to:

| | |
|---|---|
| The Ministry of Infrastructure and Energy<br>    of the Republic of Albania<br>c/o Minister for Europe and Foreign Affairs<br>Bulevardi "Gjergj Fishta," Nr. 6, 1000<br>Tiranë<br>Albania | The National Agency of Natural Resources<br>    of the Republic of Albania<br>c/o Minister for Europe and Foreign Affairs<br>Bulevardi "Gjergj Fishta," Nr. 6, 1000<br>Tiranë<br>Albania |

(2)     One copy of the Affidavit Requesting Foreign Mailing under 28 U.S.C. § 1608(b)(3)(B) to:

| | | |
|---|---|---|
| The Ministry of Infrastructure<br>    and Energy of the<br>    Republic of Albania<br>Rr. "Abdi Toptani,"<br>    Nr. 1, 1001<br>Tiranë<br>Albania | The National Agency of<br>    Natural Resources of the<br>    Republic of Albania<br>Bulevardi "Bajram Curri"<br>Blloku "Vasil Shanto"<br>Tiranë<br>Albania | Albpetrol Sh.A<br>Rruga Fier-Patos Km. 7<br>Patos<br>Fier<br>Albania |

(3)     One copy of each Notice of Electronic Filing, confirming the ECF filing of the affidavits requesting foreign mailing under 28 U.S.C. § 1608(a)(3) and 28 U.S.C. § 1608(b)(3)(B);

(4)     Five copies (one for each respondent at each address) of this Court's February 14, 2025 order granting Omni Bridgeway's motion for default judgment (Dkt. No. 15), the accompanying Memorandum Opinion (Dkt. No. 14), and the February 14, 2025 docket entry for the Clerk's Judgment, together with a translation of each into Albanian; and

(5)     Five FedEx document envelopes and shipping labels (one for each respondent at each address).

Each FedEx shipping label is addressed and paid for.  The international shipping numbers for the five labels are as follows:

| | |
|---|---|
| The Ministry of Infrastructure and Energy<br>    of the Republic of Albania<br>c/o Minister for Europe and Foreign Affairs<br>Bulevardi "Gjergj Fishta," Nr. 6, 1000<br>Tiranë<br>Albania | 880434142041 |

2

| | |
|---|---|
| The National Agency of Natural Resources<br>    of the Republic of Albania<br>c/o Minister for Europe and Foreign Affairs<br>Bulevardi "Gjergj Fishta," Nr. 6, 1000<br>Tiranë<br>Albania | 880434220782 |
| The Ministry of Infrastructure and Energy<br>    of the Republic of Albania<br>Rr. "Abdi Toptani," Nr. 1, 1001<br>Tiranë<br>Albania | 880434312824 |
| The National Agency of Natural Resources<br>    of the Republic of Albania<br>Bulevardi "Bajram Curri"<br>Blloku "Vasil Shanto"<br>Tiranë<br>Albania | 880434376950 |
| Albpetrol Sh.A<br>Rruga Fier-Patos Km. 7, Patos<br>Fier<br>Albania | 880434446836 |

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me by email at rkry@mololamken.com or by phone at (202) 631-1067. Please also feel free to contact my colleague Lois Ahn at lahn@mololamken.com or by phone at (240) 935-0167.

Respectfully submitted,

Robert Kry

3

# EXHIBIT B



April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434142041

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | A.KODRA | Delivery Location: | BULEVARDI GJERGJ FISHTA |
| Service type: | FedEx International Economy | | NR. 6 |
| Special Handling: | Deliver Weekday | | TIRANE, 1000 |
| | | Delivery date: | Apr 25, 2025 14:52 |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 880434142041 | Ship Date: | Apr 15, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
MINISTRY OF INFRASTRUCTURE   ENERG, C/O MINISTER FOR
EUROPE   FOREIGN
BULEVARDI GJERGJ FISHTA
NR. 6
TIRANE, AL, 1000

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

**Reference**                                      1763



Thank you for choosing FedEx

April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434220782

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.OF EUROPE | **Delivery Location:** | BULEVARDI GJERGJ FISHTA |
| **Service type:** | FedEx International Economy | | NR. 6 |
| **Special Handling:** | Deliver Weekday | | TIRANE, 1000 |
| | | **Delivery date:** | Apr 28, 2025 12:22 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 880434220782 | **Ship Date:** | Apr 15, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
NATIONAL AGENCY OF NATURAL RES., C/O MINISTER FOR EUROPE FOREIGN
BULEVARDI GJERGJ FISHTA
NR. 6
TIRANE, AL, 1000

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

**Reference**            1763



Thank you for choosing FedEx

April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434312824

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | A.KODRA | Delivery Location: | RR. ABDI TOPTANI |
| Service type: | FedEx International Economy | | NR. 1 |
| Special Handling: | Deliver Weekday | | TIRANE, 1001 |
| | | Delivery date: | Apr 25, 2025 14:52 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 880434312824 | Ship Date: | Apr 15, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
MINISTRY OF INFRASTRUCTURE   ENERG,
RR. ABDI TOPTANI
NR. 1
TIRANE, AL, 1001

**Shipper:**
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

Reference                    1763



Thank you for choosing FedEx

April 28, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434376950

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | N.AGENSY OF NATURAL | Delivery Location: | BULEVARDI BAJRAM CURRI |
| Service type: | FedEx International Economy | | BLLOKU VASIL SHANTO |
| Special Handling: | Deliver Weekday | | TIRANE, |
| | | Delivery date: | Apr 25, 2025 15:01 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 880434376950 | Ship Date: | Apr 15, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
NATIONAL AGENCY OF NATURAL RES.,
BULEVARDI BAJRAM CURRI
BLLOKU VASIL SHANTO
TIRANE, AL,

Shipper:
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

Reference                 1763



Thank you for choosing FedEx

FedEx

April 30, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880434446836

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | E.XOXA | Delivery Location: | RRUGA FIER-PATOS KM. 7, PATOS |
| Service type: | FedEx International Economy | | |
| Special Handling: | Deliver Weekday | | |
| | | | FIER, |
| | | Delivery date: | Apr 30, 2025 09:30 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 880434446836 | Ship Date: | Apr 15, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
ALBPETROL SH.A,
RRUGA FIER-PATOS KM. 7, PATOS
FIER, AL,

Shipper:
ROBERT K. KRY, MOLO LAMKEN LLP
THE WATERGATE 600
SUITE 500
WASHINGTON, DC, US, 20037

Reference                            1763

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature

images may take up to 5 days after delivery date. Please try later, or contact Customer Service at

1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx