**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| OMNI BRIDGEWAY LIMITED,<br>as assignee for GBC Oil Company Ltd.,<br><br>           Petitioner,<br>    v.<br><br>THE MINISTRY OF INFRASTRUCTURE<br>AND ENERGY OF THE REPUBLIC<br>OF ALBANIA; THE NATIONAL AGENCY<br>OF NATURAL RESOURCES OF THE<br>REPUBLIC OF ALBANIA; and<br>ALBPETROL SH.A.,<br><br>           Respondents. | No. 1:23-cv-1938-LLA |

**[PROPOSED] ORDER**

Upon consideration of petitioner Omni Bridgeway Limited's motion to authorize attachment and execution of the Court's judgment under 28 U.S.C. § 1610(c), the Court finds:

(1) Omni Bridgeway Limited provided notice of the Court's default judgment as required by 28 U.S.C. § 1608(e) by serving the judgment on respondents through the Clerk's office in compliance with Sections 1608(a)(3) and 1608(b)(3)(B); and

(2) a reasonable period of time has elapsed since the entry and service of the judgment.

The Court therefore **ORDERS** that Omni Bridgeway may initiate attachment and execution efforts under 28 U.S.C. § 1610(c).

2

**SO ORDERED.**

Date: _____

_____
Honorable Loren L. AliKhan
United States District Judge

NOTICE TO:

Robert K. Kry
MoloLamken LLP
600 New Hampshire Ave. N.W., Suite 500
Washington, D.C.  20037
(202) 556-2011

*Attorney for Petitioner*


THE MINISTRY OF INFRASTRUCTURE AND ENERGY
OF THE REPUBLIC OF ALBANIA
Rr. "Abdi Toptani," Nr. 1, 1001
Tiranë, Albania

THE NATIONAL AGENCY OF NATURAL RESOURCES
OF THE REPUBLIC OF ALBANIA
Bulevardi "Bajram Curri"
Blloku "Vasil Shanto"
Tiranë, Albania

ALBPETROL SH.A.
Rruga Fier-Patos Km. 7, Patos
Fier, Albania

*Respondents*