**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OMNI BRIDGEWAY LIMITED,<br>*Petitioner*,<br>v.<br>MINISTRY OF INFRASTRUCTURE AND ENERGY OF THE REPUBLIC OF ALBANIA, *et al*.,<br>*Respondents*. | Civil Action No. 23-1938 (LLA) |

**RESPONDENTS' MOTION TO SET ASIDE THE ENTRIES OF DEFAULT, VACATE THE DEFAULT JUDGMENT, AND VACATE THE COURT'S SECTION 1610(C) ORDER**

Pursuant to Federal Rules of Civil Procedure 55(c) and 60(b), Respondents the Ministry of Infrastructure and Energy of the Republic of Albania, the National Agency of Natural Resources of Albania, and Albpetrol Sh.A. moves this Court, before the Honorable Loren L. AliKhan, United States District Judge, for an order: (i) setting aside the Clerk of the Court's entries of default, ECF Nos. 10 and 11; (ii) vacating the Court's February 14, 2025 Default Judgment, ECF No. 15; (iii) vacating the Court's March 6, 2026 Order issued under 28 U.S.C. § 1610(c), ECF No. 30; and (iv) granting such other and further relief as the Court deems just and proper.

The undersigned has conferred with Petitioner's counsel, as required by Local Civil Rule 7(m), and Petitioner's counsel has stated that Petitioner opposes this motion.

Dated: August 21, 2026

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein (MA0018)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-832-1000
aloewenstein@foleyhoag.com

Nicholas M. Renzler (NR1608)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
212-812-0400
nrenzler@foleyhoag.com

*Counsel for Respondents*